# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANIEL RILEY,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:CV-17-1526** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **CO1 KIPPLE,** *et al.,* : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this **12th** day of **APRIL 2019**, upon consideration of Mr. Riley's Motion for Reconsideration, it is hereby **ORDERED** that:

1. The motion (ECF No. 11) is denied.

2. On or before Friday, May 3, 2019, Mr. Riley shall file an amended complaint that complies with the Court's March 29, 2019-Order (ECF No. 10).

                                                    /s/ A. Richard Caputo
                                                    **A. RICHARD CAPUTO**
                                                    **United States District Judge**